1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   SHARLA CERRA  (CSB #187176)
4  Assistant United States Attorney
         Federal Building Suite 7516
5        300 North Los Angeles Street
         Los Angeles, California
6        Tel. 213 894-6117
         FAX:  213 894-7819
7        Email:  Sharla.Cerra@usdoj.gov

8  Attorneys for Defendant MICHAEL J. ASTRUE,
   Commissioner of Social Security

9

10              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
11                    WESTERN DIVISION

12

13  DANIEL CASTANEDA,            )  CV 08-1132 PJW
                                 )
14       Plaintiff,              )  **JUDGMENT OF REMAND**
                                 )
15       v.                      )
                                 )
16  MICHAEL J. ASTRUE, Commissioner )
    of Social Security,          )
17                               )
         Defendant.              )
18                               )

19       The Court having approved the parties' stipulation to remand this case

20  pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent

21  with that stipulation and for entry of judgment for Plaintiff, judgment is hereby

22  entered for Plaintiff.

23

24  DATED: 10/3/08

25                                   *[signature]*

26                                   _____
                                     PATRICK WALSH
27                                   UNITED STATES MAGISTRATE JUDGE

28