Henry Reynolds
P.O. Box 7443
Santa Monica, CA  90406
Tel: (310) 393-7052
Fax: (815) 550-2266
Email: henry_reynolds@yahoo.com
CA Bar No. 158709

Attorney for Plaintiff
DANIEL CASTANEDA

# United States District Court
## Central District of California
### Western Division

| | |
|---|---|
| DANIEL CASTANEDA | Case No.: 08cv1132 PJW |
| Plaintiff, | |
| vs. | |
| MICHAEL J. ASTRUE | ORDER RE STIPULATION TO AWARD EAJA FEES AND COSTS |
| Commissioner of Social Security | |
| Defendant. | |

Defendant in the above-entitled case is hereby ordered to pay Henry Reynolds, counsel for and assignee of Plaintiff, attorney fees in the amount of $4200.00 and costs in the amount of $65.47.

DATED:  10/23/08

_____
PATRICK J. WALSH
UNITED STATE MAGISTRATE JUDGE

1